# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| MAURIE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No.: 4:22-cv-00201-Y |
| ) | |
| CARVANA, LLC, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL

COMES NOW, the Plaintiff, Maurie Moore, and files this Motion for Leave to Proceed Without Local Counsel and respectfully shows:

1. Eric D. Rogers, attorney of record for Plaintiff Maurie Moore was first admitted to practice law in the State of Texas on November 6, 2018. Mr. Rogers was first admitted to the bar of this court on February 3, 2020.

2. Mr. Rogers was also admitted to the bar of the Eastern District of Texas on February 25, 2020; the Southern District of Texas on April 24, 2020; and the Western District of Texas on November 13, 2020.

3. Mr. Rogers has been constantly licensed to practice law in the State of Texas for over three years and no disciplinary or legal malpractice action of any kind has ever been brought against him.

4. Mr. Rogers is familiar with the Local Rules of the Northern District of Texas, has previously litigated cases in this district, and is currently litigating other cases in this district.

1

5.  While Spielberger Law Group's principal office is outside of this district, it does maintain an office in Dallas, Texas. Barring conflicts, Mr. Rogers can appear in this Court upon seven (7) days' notice.

6.  Dispensing with the requirement of local counsel would avoid duplication of effort and spare Ms. Moore unnecessary expense.

## PRAYER

For the foregoing reasons, Ms. Maurie Moore prays that the Court allow her to proceed without designating local counsel.

Dated: May 12, 2022

> Respectfully submitted,
>
> */s/ Eric D. Rogers*
> Eric D. Rogers
> Texas Bar No. 24110628
> Spielberger Law Group
> 4890 W. Kennedy Blvd.
> Suite 950
> Tampa, Florida 33609
> T: (800) 965-1570
> F: (866) 580-7499
> eric.rogers@spielbergerlawgroup.com
>
> *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on May 13, 2022, a true and correct copy of the foregoing was filed with the Court using the Court's CM/ECF system which provided notice to all counsel of record.

> */s/ Eric D. Rogers*
> Eric D. Rogers