IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MAURIE MOORE                          §
                                      §
VS.                                   §    CIVIL ACTION NO. 4:22-CV-201-Y
                                      §
CARVANA, LLC.                         §

ORDER GRANTING MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL

Before the Court is Plaintiff's motion for leave to proceed without local counsel (doc. 8). After review, the Court GRANTS the motion.

Local Civil Rule 83.10(a) requires local counsel in all cases where an attorney appearing in a case does not reside or maintain an office in this district. Plaintiff's counsel maintains his principal office in Tampa, Florida. However, counsel represents that he has been admitted to practice in the Northern District since February 3, 2020, is familiar with the local rules of this Court, and his law firm has an office in Dallas, Texas.

The Court GRANTS leave to Plaintiff's counsel to proceed in this cause without local counsel. However, should the geographical distance between counsel's office and the Northern District of Texas cause a delay or hinder counsel's ability to fully and timely comply with the orders of this Court, the Court may revoke its waiver of the local-counsel requirement.

SIGNED May 18, 2022.

_Terry R. Means_

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE