# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
### *Fort Worth Division*

Maurie Moore
Plaintiff

v.

4:22-CV-00201-Y
Civil Action No.

Carvana, LLC
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Carvana, LLC

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Carvana, LLC is owned by Carvana Co., which is a publicly traded company on The New York Stock Exchange trading under the ticker symbol CVNA.  Carvana, LLC does not have any other parent corporation or publicly held corporation that owns 10% or more of its stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Maurie Moore, Plaintiff
Eric Rogers of Spielberger Law Group, counsel for Plaintiff
Carvana, LLC, Defendant
Kimberly R. Miers and Ross G. Reyes of Littler Mendelson, counsel for Defendant

| | |
|---|---|
| Date: | May 26, 2022 |
| Signature: | /s/ Kimberly R. Miers |
| Print Name: | Kimberly R. Miers |
| Bar Number: | 24041482 |
| Address: | 100 Congress Ave., Suite 1400 |
| City, State, Zip: | Austin TX 78701 |
| Telephone: | 512-924-7087 |
| Fax: | 512-532-6501 |
| E-Mail: | kmiers@littler.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons