IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **MAURIE MOORE,** § | | |
| § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | | **C.A. NO. 4:22-CV-201-Y** |
| § | | |
| **CARVANA, LLC,** § | | **JURY TRIAL DEMANDED** |
| § | | |
| *Defendants.* § | | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff Maurie Moore ("Plaintiff") and Defendant Carvana, LLC ("Defendant," and together the "Parties") jointly move the Court to amend the Scheduling Order entered by the Court on July 13, 2022 (Dkt 17) and extend the Parties' deadlines as set forth in Exhibit A.

Good cause exists to modify the Scheduling Order. The Parties have been engaged in ongoing, good faith efforts to conduct discovery, including exchanging written discovery, and attempting to schedule Plaintiff's deposition and Defendant's Rule 30(b)(6) corporate representative deposition ahead of the February 3, 2023 discovery deadline. However, due to witness availability issues and existing deadlines, including specifically Defendant's counsel having an administrative hearing on January 18, 2023, and in separate matters, a trial set for January 9, 2023, and a trial set for January 23, 2023, it will be difficult for the Parties to complete discovery by the current February 3, 2023 discovery deadline.

The Parties agree that the amended schedule set forth in the attached proposed order is necessary to allow adequate time to engage in depositions, and to address any remaining issues

with discovery. Further, the Parties agree that the proposed amended schedule is necessary to allow the Parties to have all the necessary information about the case ahead of the formal settlement conference and adequate time to brief pretrial and dispositive motions before the case is set for trial.

    The Parties do not make this request for purposes of delay, but so that justice may be done. Accordingly, the Parties hereby jointly request that the Court enter the attached proposed order, attached hereto as Exhibit A.

Dated: December 16, 2022 | Respectfully submitted,

By: */s/ Lisa Scheibly (with permission ERL)*
Eric D. Rogers
Lisa Scheibly
**SPIELBERGER LAW GROUP**
4890 W. Kennedy Blvd., Suite 950
Tampa, Florida 33609
Eric.rogers@spielbergerlawgroup.com
Lisa.Scheibly@spielbergerlawgroup.com

**ATTORNEYS FOR PLAINTIFF MAURIE MOORE**

By:  */s/ Emily R. Linn*
Kimberly R. Miers
Texas State Bar No. 24041482
kmiers@littler.com
**LITTLER MENDELSON**
**A Professional Corporation**
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, Texas  75201
214.880.8100 (Telephone)
214.880.0181 (Facsimile)

Emily R. Linn
Texas State Bar No. 24109478
**LITTLER MENDELSON**
**A Professional Corporation**
100 Congress Avenue, Suite 1400
Austin, Texas  78701
512.924.7087 (Telephone)
512.532.6501 (Facsimile)

**ATTORNEYS FOR DEFENDANT CARVANA, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that on December 16, 2022, the foregoing document was served upon all counsel of record via the court's electronic filing system.

                                             */s/ Emily R. Linn*
                                             Emily R. Linn