```
                  IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF TEXAS
                           FORT WORTH DIVISION


MAURIE MOORE                    §
                                §
VS.                             §      ACTION NO. 4:22-CV-201-Y
                                §
CARVANA, LLC.                   §
```

                  ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER

Pending before the Court is the parties' Joint Motion to Amend Scheduling Order (doc. 18).[1] After review of the motion, the Court concludes that it should be, and it is hereby, GRANTED. Accordingly, the Initial Scheduling Order previously issued in this case is AMENDED as follows:

(1) The parties must participate in a formal settlement conference at a mutually agreeable date, time, and location no later than **March 31, 2023**;

(7) The parties shall cease all discovery activity under the Federal Rules of Civil Procedure no later than **March 17, 2023**; and

(8) The parties must file all pretrial and dispositive motions, except motions in limine, no later than **April 17, 2023.**

SIGNED December 22, 2022.

                                             _____
                                             TERRY R. MEANS
                                             UNITED STATES DISTRICT JUDGE

---

[1] The Court did not receive an **electronic** proposed order with the motion (emailed to means_orders@txnd.uscourts.gov upon filing of the motion). Counsel are reminded that all motions require an electronic proposed order and that providing one generally expedites the Court's consideration of the motion to which the order pertains. *See* N.D. Tex. L. Civ. R. 7.1(c); ECF Admin. Procedures Manual at 3, ¶ II(F).