UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**Alternative Dispute Resolution Summary**

1. Civil Action number: 4:22-CV-00201-V

2. Style of Case: Maurie Moore v. Carvana, LLC

3. Nature of suit: Monetary damages, pursuant to Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. §§ 2000e, *et seq.* and the Texas Labor Code § 21.001, *et seq.*

4. Method of ADR used: Mediation

5. Date of ADR session: March 7, 2023

6. Outcome of ADR: Settled. The parties are drafting formal settlement documents. Dismissal pleadings should be filed shortly.

7. TOTAL fee: $7,500.00

8. Duration of ADR: one day

9. Please list persons in attendance:

   Maurie Moore
   Lisa Scheibly
   Emily Linn
   Shanie Ensor
   Demetra Makris

10. Provider information:


    s/ Christopher Nolland                     March 8, 2023
    Signature

    1717 Main Street, Suite 5550               Telephone: (214) 653-4360
    Dallas, Texas 75201-4639                   Facsimile: (214) 653-4343

<u>Name and Address of Counsel</u>:

Lisa Scheibly
Spielberger Law Group
4890 W. Kennedy Blvd., Ste. 950
Tampa, Florida 33609

Emily Linn, Esq.
Littler
100 Congress Avenue, Suite 1400
Austin, Texas 78701