```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

```
MAURIE MOORE            §
                        §
VS.                     §    ACTION NO. 4:22-CV-201-Y
                        §
CARVANA, LLC            §
```

## ORDER GRANTING MOTION FOR DISMISSAL

Pending before the Court is the parties' Joint Motion for Dismissal With Prejudice (doc. 28). After review of the motion, the Court concludes that it should be, and it is hereby, GRANTED. All claims in this case are hereby DISMISSED WITHOUT PREJUDICE to their refiling.

SIGNED March 29, 2023.

_/s/ Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE