IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MAURIE MOORE | § | |
| | § | |
| VS. | § | ACTION NO. 4:22-CV-201-Y |
| | § | |
| CARVANA, LLC | § | |

<u>FINAL JUDGMENT</u>

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling.  All costs of Court under 28 U.S.C. § 1920 shall be borne as agreed by the parties, or, if no agreement has been reached, by the party incurring same.

SIGNED March 29, 2023.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE